IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Kevin A. Reilly, | ) | 2014 FEB 20  A II: 25 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 0:12-3503-SB |
| | ) | |
| Larry Cartledge, Warden of Perry Correctional Institution, | ) ) | **ORDER** |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on Kevin A. Reilly's pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 27, 2014, a United States Magistrate Judge issued a report and recommendation ("R&R"), outlining the issues and recommending that the Court grant the Respondent's motion for summary judgment. Attached to the R&R was a notice advising the Petitioner of his right to file written objections to the R&R within fourteen days of receiving a copy. See 28 U.S.C. § 636(b)(1). On February 6, 2014, the Petitioner filed a motion for a two-week extension of time to file objections, which this Court granted. Subsequently, on February 10, 2014, the Petitioner filed another motion requesting a thirty-day extension. After consideration, it is hereby

**ORDERED** that the Petitioner's second motion for an extension of time to file objections (Entry 41) is granted, and the Petitioner's objections are now due **by Thursday, March 20, 2014.**

AND IT IS SO ORDERED.

/s/ Sol Blatt, Jr.
Senior United States District Judge

February 19, 2014
Charleston, South Carolina